Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:     619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CAYCE, | Case No.  09-CV-02072-WBS-KJM |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, CHERYL CAYCE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on July 28, 2009.  NCO filed its responsive pleading on August 28, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.  The court is to retain jurisdiction for purposes of enforcement of the settlement.

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 10/22/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 10/22/09          KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager,
Attorney for Plaintiff,
Cheryl Cayce

IT IS SO ORDERED.

Dated: _____
             Hon. William B. Shubb
             United States District Judge